# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARGARET SANCHEZ,

      **Plaintiff,**

v.                                                    Case No: 6:11-cv-1745-Orl-22GJK

COMMISSIONER OF SOCIAL SECURITY,

      **Defendant.**

## ORDER

This cause is before the Court on the Compliant to review the final decision of the Commissioner of Social Security denying Plaintiff's application for disability benefits (Doc. No. 1) filed on October 31, 2011.

The United States Magistrate Judge has submitted a report recommending that the final decision of the Commissioner be reversed and the case remanded for further proceedings, pursuant to sentence four of 42 U.S.C. §405(g).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 2, 2013 (Doc. No. 28), is ADOPTED and CONFIRMED and made a part of this Order.

2. The final decision of the Commissioner is reversed and this matter is remanded for further proceedings, pursuant to sentence four of 42 U.S.C. §405(g). The Clerk is directed to enter Judgment, accordingly.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on January 17, 2013.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record