UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARGARET SANCHEZ,**

      **Plaintiff,**

**v.**                                    **Case No: 6:11-cv-1745-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

**ORDER**

This cause is before the Court on Plaintiff's Unopposed Application for Attorney Fees Under the Equal Access to Justice Act (Doc. No. 31) filed on March 26, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 28, 2013 (Doc. No. 32), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Plaintiff's Unopposed Application for Attorney Fees Under the Equal Access to Justice Act (Doc. No. 31) is hereby GRANTED in part and DENIED in part.

3. The Commissioner is **ORDERED** to pay to Plaintiff $3,222.47 in attorney's fees.

**DONE** and **ORDERED** in Orlando, Florida on April 15, 2013.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties